UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                        Case No.

APPROXIMATELY $10,527.00 IN UNITED
STATES CURRENCY,

      Defendant.

---

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

---

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Lisa T. Warwick, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2. The defendant property, approximately $10,527.00 in United States currency, was seized on or about July 10, 2020, from Muhnnad Wardeh at 1XXX E. Royall Place, Apt. 4XX, Milwaukee, Wisconsin.

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

**Jurisdiction and Venue**

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred, in part, in this district.

**Basis for Forfeiture**

7. The defendant property, approximately $10,527.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

**Facts**

8. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Tetrahydrocannabinol ("THC") is a Schedule I controlled substance under 21 U.S.C. § 812.

10. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

**Background**

11. In July 2018, a confidential informant identified Muhnnad Wardeh as one of three members of a drug trafficking organization ("DTO").

    A. The DTO collectively sold approximately 20,000 THC cartridges per month.

B. The 20,000 THC cartridges that the DTO sold each month had a street value at the time of approximately $800,000 to $2,000,000.

C. Muhnnad Wardeh purchased approximately 50 pounds or more of marijuana each month from a source in Colorado.

12. On October 5, 2018, officers executed a search warrant at the then-residence of Muhnnad Wardeh, 4XX E. Pleasant Street, Apt. 5XX, Milwaukee, Wisconsin. No one was present during the search. Inside the residence were the following:

A. Approximately 729 THC cartridges;

B. Numerous empty boxes, vacuum-sealed packaging, and vials indicative of liquid THC trafficking;

C. Drug ledgers;

D. An electronic money counter; and

E. Approximately $12,952 in United States currency (not included in this case).

13. On October 5, 2018, officers also located and arrested Muhnnad Wardeh.

A. At the arrest location, officers seized Wardeh's vehicle and obtained a search warrant for the vehicle. Inside the vehicle were approximately 47 THC cartridges and approximately $343 in United States currency (not included in this case).

B. At the arrest location, officers seized Wardeh's cell phone and obtained a search warrant for the cell phone. The cell phone contained evidence that Wardeh had sold thousands of THC cartridges since at least May 2018.

14. On April 26, 2020, officers received an anonymous tip regarding Muhnnad Wardeh's drug trafficking. The tipster reported having first-hand knowledge of the following:

A. Wardeh traveled between Milwaukee, Madison, and Chicago to sell drugs.

B. Wardeh sold powder cocaine and marijuana on a scale involving "suitcase" quantities of money – "over $10,000 a day."

C. Wardeh conducted multiple transactions of cash at Wardeh's apartment, 1XXX E. Royall Place, Apt. 4XX, Milwaukee, Wisconsin.

3

**July 10, 2020, execution of search warrant at Muhnnad Wardeh's residence, 1XXX E. Royall Place, Apt. 4XX, Milwaukee, Wisconsin**

15. On July 10, 2020, officers executed a search warrant at the residence of Muhnnad Wardeh, 1XXX E. Royall Place, Apt. 4XX, Milwaukee, Wisconsin (the "subject residence").

16. Muhnnad Wardeh was present at the subject residence during execution of the search warrant.

17. On July 10, 2020, the following items, among other things, were in the subject residence:

    A. In the kitchen and dining room:

        i. One vacuum sealed bag containing approximately 350.47 grams of marijuana.

        ii. Two jars and two baggies containing a total of approximately 26.97 grams of marijuana.

        iii. Approximately 50 vacuum seal bags containing marijuana residue.

    B. In the bedroom:

        i. A total of approximately 137 THC cartridges.

        ii. One box containing six vacuum sealed bags of marijuana with approximate weights of 454.09 grams, 452.03 grams, 449.29 grams, 443.67 grams, 452.22 grams, and 449.79 grams. The bags were labeled with names of various strains of marijuana.

        iii. Seven vacuum seal bags containing marijuana residue.

        iv. One bag containing rubber bands and money strips.

        v. One digital money counter.

        vi. Four baggies containing a total of approximately 25.32 grams of marijuana.

        vii. One $1 bill rolled up and containing approximately 0.02 grams of cocaine

  C. Throughout the residence was a total of approximately $10,527.00 in United States currency.

18. A drug detection canine gave a positive alert to the odor of a controlled substance on the approximately $10,527.00 in United States currency.

19. As described in paragraph 17, controlled substances located in the subject residence on July 10, 2020, included the following:

  A. A total of approximately 3,103.85 grams of marijuana;

  B. A total of approximately 137 THC cartridges; and

  C. Approximately 0.02 grams of cocaine.

### Muhnnad Wardeh's State Drug Charges

20. On July 13, 2020, Muhnnad Wardeh[1] was charged in Milwaukee County Circuit Court, Case No. 20CF2428, with possession of marijuana with intent to deliver and with maintaining a drug trafficking place.

### Warrant for Arrest In Rem

21. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### Claims for Relief

22. The plaintiff alleges and incorporates by reference the paragraphs above.

23. By the foregoing and other acts, the defendant property, approximately $10,527.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

---

[1] Muhnnad Wardeh's name is listed as "Muhanad Wardeh" for Milwaukee County Case No. 20CF2428 in Wisconsin's online Consolidated Court Automation Program (CCAP).

24. The defendant approximately $10,527.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $10,527.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2020.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By: /s/ Lisa T. Warwick
LISA T. WARWICK
Assistant United States Attorney
Wisconsin Bar No. 1017754
Attorney for Plaintiff
Office of the United States Attorney
Federal Building, Room 530
517 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-4394
lisa.warwick@usdoj.gov

## Verification

I, Scott J. Marlow, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration ("DEA") in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 19 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date:  12/01/2020              s/SA SCOTT MARLOW
                               Scott J. Marlow
                               Special Agent
                               Drug Enforcement Administration

| JS 44 (Rev. 09/11) | CIVIL COVER SHEET | | | |
|---|---|---|---|---|

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | APPROXIMATELY $10,527.00 IN UNITED STATES CURRENCY |
| (b) County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Milwaukee**<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Lisa T. Warwick, AUSA<br>US Attorney's Office, #530 Federal Building<br>517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700) | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 12/02/2020
SIGNATURE OF ATTORNEY OF RECORD: s/LISA T. WARWICK

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:20-cv-01781-NJ Filed 12/02/20 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                                  Case No.

APPROXIMATELY $10,527.00 IN UNITED
STATES CURRENCY,

      Defendant.

---

## WARRANT FOR ARREST IN REM

---

    To:     THE UNITED STATES MARSHAL
                Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 2nd day of December, 2020, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $10,527.00 in United States currency, which was seized on or about July 10, 2020, from Muhnnad Wardeh at 1XXX E. Royall Place, Apt. 4XX, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2020, at Milwaukee, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2

Case 2:20-cv-01781-NJ   Filed 12/02/20   Page 2 of 2   Document 1-2