UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      Case No. 20-CV-1781

APPROXIMATELY $10,527.00 IN UNITED
STATES CURRENCY,

    Defendant.

## JUDGMENT OF DEFAULT AND FORFEITURE

**THIS CAUSE** having come before this Court upon plaintiff's Motion for Default Judgment, the Court FINDS that no timely verified claim has been filed as to the defendant property, approximately $10,527.00 in United States currency.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the defendant property, approximately $10,527.00 in United States currency, be and hereby is forfeited to the United States of America and that no right, title or interest in the defendant property shall exist in any other party.

**IT IS FURTHER ORDERED** that the defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or its duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin on March 9, 2021.

                      APPROVED:

                      s/ Brett H. Ludwig
                      HONORABLE BRETT H. LUDWIG
                      United States District Judge


                      Judgment entered this 9th day of March, 2021.

                              GINA COLLETTI
                              Clerk of Court

                      By:    s/ Melissa J. Perkins
                              Deputy Clerk